## KEEN v. HIATT.

No. 6404. Opinion Filed December 14, 1915.

(153 Pac. 861.)

APPEAL AND ERROR—Case-Made—Making and Serving—Extension—Filing of Order. The syllabus in Town of Okemah v. Allen, 48 Okla. 757, 150 Pac. 669, is adopted as the syllabus in this case.

(Syllabus by the Court.)

*Error from County Court, Roger Mills County;*
*W. H. Mouser, Judge.*

Action by R. T. Keen against J. M. Hiatt. From the judgment, Keen brings error. Dismissed.

*R. N. Linville,* for plaintiff in error.

*A. A. Brown, E. L. Mitchell,* and *Perry Madden,* for defendant in error.

PER CURIAM. A motion has been filed to dismiss this appeal, because it does not affirmatively appear from the record that the order extending the time to make and serve a case was filed in the lower court, and the motion is supported by the affidavit of the clerk of the court that such orders were never filed in the trial court. This motion must be sustained on the authority of *Town of Okemah v. Allen,* 48 Okla. 757, 150 Pac. 669.

We therefore recommend that the appeal be dismissed.

By the Court: It is so ordered.